**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00548-CR

### JUAN JOSE VAZQUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82231-2011**

## ORDER

Appellant's motion for an extension of time in which to file a motion for rehearing is

**GRANTED**. Appellant's motion for rehearing, filed November 7, 2013, is deemed timely filed.

/s/     ELIZABETH LANG-MIERS
JUSTICE